# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**MICHAEL MCCARLEY,**             **3:11-CV-00441-BR**

                                     **JUDGMENT OF REMAND**

       **Plaintiff,**

       v.

**MICHAEL ASTRUE,**
**COMMISSIONER SOCIAL**
**SECURITY,**

       **Defendant.**

Based on the Court's Opinion and Order (#15) issued June 25, 2012, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate payment to Plaintiff of benefits that have accrued from July 2, 2008 to the present and the continuing payment of benefits hereafter.

Dated this 25th day of June, 2012.

                                                       /s/ Anna J. Brown
                                                       ANNA J. BROWN
                                                       United States District Judge